# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143475 & (58)

BRUCE WHITMAN,
      Plaintiff-Appellant/Cross-Appellee,

v

                                        SC: 143475
                                        COA: 294703
                                        Genesee CC: 08-087993-CL

CITY OF BURTON and CHARLES SMILEY,
      Defendants-Appellees/Cross-Appellants.

_____/

On order of the Court, the application for leave to appeal the July 5, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are GRANTED. The parties shall include among the issues to be briefed whether *Shallal v Catholic Social Services of Wayne County*, 455 Mich 604 (1997), correctly held that the primary motivation of an employee pursuing a whistleblower claim must be a desire to inform the public on matters of public concern, as opposed to personal vindictiveness.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012 _____

d0425

_____
Clerk